# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEREK DAYOUB, | ) CIVIL DIVISION |
| | ) |
| Plaintiff, | ) No: 12-1770 |
| | ) |
| | ) |
| vs. | ) |
| | ) U.S District Judge David S. Cercone |
| | ) |
| JOHN M. AARON, STEVEN TOPRANI, | ) |
| GEORGE ROBERTS, WILLIAM NIMAL, | ) |
| WASHINGTON COUNTY and | ) *(Electronically Filed)* |
| BOROUGH OF BURGETTSTOWN, | ) |
| | ) |
| | ) ***JURY TRIAL DEMANDED*** |
| Defendants. | ) |

## ORDER TO
## <u>STIPULATION OF DISMISSAL WITH PREJUDICE</u>

AND NOW, this __13th__ day of __March_____, 2015, upon

consideration of the Stipulation of Dismissal with Prejudice entered by all parties, it is hereby

ORDERED, ADJUDGED and DECREED that all Defendants are hereby dismissed, with

prejudice.

BY THE COURT:

_____ J.
U.S District Judge David S. Cercone

12/2298946.v1